UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| HARDY JONES, JR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-cv-109-RL-CAN |
| | ) | |
| SOUTH BEND CHOCOLATE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On March 31, 2010, Plaintiff, proceeding *pro se*, filed his complaint against Defendant, South Bend Chocolate Company. On April 27, 2010, a summons was issued as to Defendant. On May 6, 2010, Bob Radde, a non-party, filed a copy of a letter, prepared on the letterhead of Defendant corporation that was originally received by the Human Rights Commission in August of 2009. On May 26, 2010, an executed summons as to Defendant was returned requiring it to file an answer to Plaintiff's complaint by May 21, 2010.

On April 4, 2013, Radde's letter, construed by the Court as Defendant's answer, was stricken by this Court because no counsel had entered an appearance on behalf of the corporate Defendant. In the same order on April 4, 2013, this Court ordered Plaintiff to show cause and directed Plaintiff to file a status report, by April 15, 2013, informing the court of his intentions related to this case and explaining why the case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). The Court warned Plaintiff that failure to file a status report in compliance with this Court's order could result in dismissal of this case. As of this date, no counsel has entered an appearance on behalf of Defendant and Plaintiff has not filed the status report as ordered.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. *See Timms v. Frank*, 953 F.2d 281, 285–86 (7th Cir. 1992); *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982). Plaintiff failed to comply with this Court's order and has provided no written documentation explaining his inaction in this case since March 31, 2010. This Court can only assume that Plaintiff has abandoned his case. Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed.R.Civ.P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 25th day of April, 2013.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge