```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF INDIANA
                      SOUTH BEND DIVISION
```

HARDY JONES, JR.,              )
                               )
Plaintiff,                     )
                               )
vs.                            )    NO. 3:10-CV-109
                               )
SOUTH BEND CHOCOLATE           )
COMPANY,                       )
                               )
Defendant.                     )

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Christopher A. Nuechterlein, dated April 25, 2013. The instant Report and Recommendation recommends that this matter be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41 in that Plaintiff has failed to respond to and comply with court orders. Plaintiff has not filed an objection to the Report and Recommendation. Upon due consideration, this Court **ADOPTS** Magistrate Judge Nuechterlein's Report and Recommendation and **ORDERS** this matter **DISMISSED WITHOUT PREJUDICE.**

DATED: May 14, 2013                    /s/RUDY LOZANO, Judge
                                       United States District Court